IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JOHN LYLES, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| ANDREW SAUL, | *   No. 3:20-cv-00225-JJV |
| Commissioner of the | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 19th day of April 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE